1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10    HERMAN SATTERWHITE,

11            Petitioner,
                                              Case No. C06-5149RBL
12        v.
                                              ORDER ADOPTING REPORT
13    PIERCE COUNTY SUPERIOR COURT,           AND RECOMMENDATION

14            Respondent.

15

16

17        The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold

18    United States Magistrate Judge, objections to the Report and Recommendation, if any, and the

19    remaining record, does hereby find and Order:

20        (1)    The Court adopts the Report and Recommendation;

21        (2)    The petition is **DISMISSED WITHOUT PREJUDICE.**  Petition must exhaust state
                 remedies and the court does not intervene in on going state proceedings.
22
          (3)    The clerk is directed to send copies of this Order to Petitioner and to the Hon. J.
23               Kelley Arnold.

24               DATED this 20th day of June, 2006.

25

26               RONALD B. LEIGHTON
                 UNITED STATES DISTRICT JUDGE
27

28    ORDER - 1